# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY C. BUTLER,<br><br>    Petitioner,<br><br>v.<br><br>FELIX M. VASQUEZ, Warden,<br><br>    Respondent. | Case No. CV 16-5931-JEM<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 21, 2018

                                            */s/ John E. McDermott*
                                          JOHN E. MCDERMOTT
                               UNITED STATES MAGISTRATE JUDGE